# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

DAVID JONES
ADC #94099                                                                                              PLAINTIFF

V.                              5:12CV00456 SWW/JTR

RAY HOBBS, Director,
Arkansas Department of Correction, et al.                                          DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Pursuant to the screening function mandated by 28 U.S.C. § 1915A, Plaintiff may PROCEED with his failure to protect, excessive force, and inadequate medical care claims against Defendants Bonds, Demery, Johnson, Clemons, Wise, McCarroll, Singleton, Malony, Iko, Hubbard, and Correctional Officer Snyder.

2. All other claims and Defendants are DISMISSED, WITHOUT PREJUDICE, for failing to state a claim upon which relief may be granted.

3.      The Clerk is directed to prepare a summons for Bonds, Malony, Iko, Hubbard, and the U.S. Marshal is directed to serve the summons, Complaint, Amended Complaint, and this Order on them through the Humphries and Lewis law firm without prepayment of fees and costs or security therefor.[1]

4.      The Clerk is directed to prepare a summons for Demery, Johnson, Clemons, Wise, McCarroll, Singleton, and Snyder, and the U.S. Marshal is ordered to serve the summons, Complaint, Amended Complaint, and this Order on them through the ADC Compliance Division without prepayment of fees and costs or security therefor.[2]

5.      The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 12th day of March, 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] If any of the Defendants are no longer Corizon, Inc. employees, the Humphries and Lewis law firm must file, with the return of unexecuted service, a **SEALED** Statement providing the last known private mailing address for the unserved Defendant.

[2] If any of the Defendants are no longer ADC employees, the ADC Compliance Office must file, with the return of unexecuted service, a **SEALED** Statement providing the last known private mailing address for the unserved Defendant.