IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| DAVID JONES, ADC # 93197 | * |
| Plaintiff, | * |
| vs. | *   No. 5:12CV00456 SWW/JTR |
| MEGAN BOND, ET AL., | * |
| Defendants. | * |

## ORDER

Before the Court is plaintiff's motion for reconsideration. The motion [ECF 92] is denied..

SO ORDERED this 6th day of January, 2014.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE