IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DAVID JONES
ADC #94099                                                                                          PLAINTIFF

V.                                    5:12CV00456 SWW/JTR

MEGAN BOND, Varner Unit Infirmary,
Arkansas Department of Correction, et al.                                          DEFENDANTS

# ORDER

On March 26, 2014, the Court entered an Order directing the Clerk to issue subpoenas *duces tecum* to St. Vincent's Hospital, UAMS, and Forest Park Medical Center. *Doc. 132.* The issued subpoenas incorrectly stated that those three entities were required to produce all of Plaintiff's medical records for treatment he "received in 2006 and 2008 for his back, neck and hand." *Doc. 133.*

The Court wishes to clarify that only the *specific documents* listed in Plaintiff's Motion (*Doc. 127*) need to be produced. Additionally, Plaintiff's date of birth (XX-XX-XX73) must appear on the subpoenas so that his medical records can be properly located. Accordingly, new subpoenas will be issued.

IT IS THEREFORE ORDERED THAT:

1. The Clerk is directed to prepare three new subpoenas *duces tecum* for the specific medical records listed in Plaintiff's Motion (*Doc. 127*). The recipients will

have fourteen days from service to produce the specified medical records to the Court, which will then distribute any produced medical records to the parties.

    2.       The U.S. Marshal is directed to serve the subpoenas *duces tecum* without prepayment of fees and costs or security therefor.

Dated this 1st day of April, 2014.

                                            */s/ J. Thomas Ray*
                                      UNITED STATES MAGISTRATE JUDGE