**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

DAVID JONES
ADC #94099

                                                               PLAINTIFF

V.                        5:12CV00456 SWW/JTR

MEGAN BOND, Varner Unit Infirmary,
Arkansas Department of Correction, et al.                DEFENDANTS

**<u>ORDER</u>**

      The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray.  No objections have been filed.  After careful review, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

      IT IS THEREFORE ORDERED that:

      1.      Plaintiff's Motion for a Preliminary Injunction and/or Motion for a Temporary Restraining Order (docs. 140) is DENIED.

      2.      The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

      Dated this <u>17th</u> day of July, 2014.

                                       /s/Susan Webber Wright

                                       UNITED STATES DISTRICT JUDGE