# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

DAVID JONES                                                                                    PLAINTIFF
ADC #94099

V.                          NO. 5:12CV00456 SWW/JTR

MEGAN BOND, Varner Unit Infirmary,
Arkansas Department of Correction, et al.                              DEFENDANTS

## ORDER

The Court has reviewed the Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed.[1] After careful consideration, the Court concludes that the Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.      The Medical Defendants' Motion for Summary Judgment (*Doc. 145*) is GRANTED, and all claims against Defendants Bond, Maloney, Hubbard, and Dr. Iko are DISMISSED, WITH PREJUDICE.

2.      It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 27th day of March, 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's motion for an evidentiary hearing and motion for subpoena [ECF No. 179] are denied.