# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

DAVID JONES
ADC #94099                                                          PLAINTIFF

V.                         5:12CV00456 SWW/JTR

MEGAN BOND, Varner Unit Infirmary,
Arkansas Department of Correction, et al.                           DEFENDANTS

## JUDGMENT

Consistent with the Orders entered on this day, this case is dismissed and Judgment is entered in favor of Defendants. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment would not be taken in good faith.

Dated this 27th day of March, 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE