IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DAVID JONES,                    *
ADC # 93197                     *
                                *
            Plaintiff,          *
                                *
vs.                             *        No. 5:12CV00456 SWW/JTR
                                *
MEGAN BOND, ET AL.,             *
                                *
            Defendants.         *

ORDER

Before the Court is plaintiff's request to clarify order.  The record reflects that on

March 27, 2015, there being no timely objections filed by plaintiff, the Court entered two

orders adopting the magistrate judge's recommended partial disposition [doc. 176] and

recommended disposition [doc. 177] and entered judgment dismissing plaintiff's complaint.

Document Nos. 18, 185, 186.  On the same day, plaintiff filed a motion to extend time to file

objections to the partial disposition, which involved the so-called medical defendants (doc.

187) and he filed objections to the recommended disposition, which involved the so-called

security defendants.  Doc. 188.  On April 8, 2015, plaintiff  filed a motion for a new trial or

alternatively, to amend or alter judgment, complaining that the Court's Orders adopting the

magistrate judge's recommended dispositions were in error because they said plaintiff had

not filed objections when, in fact, he had mailed objections  but they did not arrive before the

filing deadline of March 26, 2015.   In the Order dated, April 20, 2015, the Court granted the

motion for extension of time to file objections concerning the medical defendants, considered

the objections, reviewed the record *de novo*, and denied the motion for new trial/alter or amend judgment.  Doc. 191.

DATED this 6th day of May, 2015.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE